UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: ALEJANDRO J. RAMIREZ, | ) | No. 23-6560 |
| | ) | |
| Debtor. | ) | Chapter 7 |
| ALEJANDRO J. RAMIREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Thorne |
| | ) | |
| | ) | No. 23 A 244 |
| UNITED STATES DEPARTMENT OF EDUCATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND NON-OPPOSITION TO DISCHARGE**

Plaintiff Alejandro J. Ramirez and defendant United States Department of Education stipulate and agree as follows:

1. Alejandro J. Ramirez filed the above-captioned adversary proceeding to determine the dischargeability of student loan debt based on undue hardship pursuant to 11 U.S.C. § 523(a)(8).

2. Ramirez is indebted to the Department of Education on account of the following two educational loans held by the Department of Education (the Department Loans): (1) direct unsubsidized consolidation loan disbursed in the amount of $186,100 in 2017 and (2) a direct subsidized consolidation loan disbursed in the amount of $53,900 in 2017. As of September 2023, the balance of the Department Loans, including accrued interest, was $251,585.

3. The Department of Education currently holds all right, title, and interest in the Department Loans.

4.  The Department Loans fall within the category of loans described in 11 U.S.C. § 523(a)(8)(A)(i).

5.  Ramirez and the Department of Education stipulate that excepting the Department Loans from discharge would impose an undue hardship on Ramirez and the Department Loans are, therefore, dischargeable in the above-captioned bankruptcy case under 11 U.S.C. § 523(a)(8).

6.  The discharge of the Department Loans will resolve this adversary proceeding.

7.  The parties agree to bear their own costs, expenses, and attorney's fees in this adversary proceeding.

8.  The parties certify that they have read and fully understand this stipulation.

MORRIS PASQUAL
Acting United States Attorney

By: _David H. DeCelles_
DAVID H. DECELLES
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4220
david.decelles@usdoj.gov

X _Alejandro J. Ramirez_
Alejandro J. Ramirez
9505 Nichols Avenue
Franklin Park, IL 60131

2